[Civ. No. 1603. First Appellate District.—April 30, 1915.]

## J. T. MEDDOCK et al., Appellants, v. GEORGE BROWN et al., Respondents.

ACTION TO QUIET TITLE—TAX-DEED—PROPER GRANTING OF NONSUIT.—In this action to quiet title it is held that the trial court properly granted a motion for a nonsuit upon the authority of the case of *Healton* v. *Morrison*, 162 Cal. 668.

APPEAL from a judgment of the Superior Court of Sonoma County. Thomas C. Denny, Judge.

The facts are stated in the opinion of the court.

Ross Campbell, for Appellants.

J. T. Coffman, A. B. Ware, and Phil Ware, for Respondents.

THE COURT.—This is an appeal from a judgment of nonsuit in an action to quiet title.

The plaintiffs relied for their proof of title upon a tax-collector's deed. The defendants objected to the admission of this deed in evidence upon the ground that it was void upon its face, for the reason that its recitals as to the notice of the sale of the property for taxes showed affirmatively that the required length of time of personal notice to the owners of the property prior to its sale was not given as required by section 3897 of the Political Code. The deed was conditionally admitted; but when the plaintiffs rested their case the defendants renewed their objection in the form of a mo-

tion for nonsuit, which motion having been granted by the court, the plaintiffs appeal.

. Upon the motion for nonsuit the respondents relied successfully upon the case of *Healton* v. *Morrison,* 162 Cal. 668, [124 Pac. 240], as decisive of the question as to the invalidity of the plaintiff's deed. The trial court granted the motion upon the authority of that case. In so doing it committed no error, for no material distinction can be drawn between that case and the case at bar.

Upon the authority of *Healton* v. *Morrison,* the judgment is affirmed.